COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| DAVID CHAVIRA, | § | No. 08-15-00128-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D03609) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time to file the brief until **January 15, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph D. Vasquez, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before January 15, 2016.

If the Appellant's brief is not filed with this Court by January 15, 2016, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Appellant's brief has not been filed.

IT IS SO ORDERED this 9th day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.